USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yaniv Levy,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:18-cv-03931 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that each of the remaining deadlines set forth in the September 12, 2019 Scheduling Order (ECF No. 28) are extended by sixty (60) days. No further extensions shall be granted except for good cause shown and then only for a limited purpose.

**SO ORDERED.**

DATED:    New York, New York
              February 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge