UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

Yaniv Levy,

                                        Plaintiff,

                -against-

United States of America,

                                        Defendant.

1:18-cv-03931 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court is Plaintiff's Letter seeking, with Defendant's consent, another sixty-day extension of the discovery deadlines. (Letter, ECF No. 49) Despite the parties' failure to narrow the extension request to a limited purpose, the request is GRANTED. The parties shall work diligently to complete discovery by the extended deadlines. No further extensions shall be granted except in exigent circumstances and then only for a limited purpose.

**SO ORDERED.**

DATED:     New York, New York
              September 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge