```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yaniv Levy,

                      Plaintiff,

-against-

United States of America,

                      Defendant.

1:18-cv-03931 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than March 25, 2021, the parties shall file a joint letter regarding the status of this action, including whether either party intends to file a dispositive motion and, if not, the dates both sides are available for trial in the third quarter of 2021.

**SO ORDERED.**

DATED:    New York, New York
              March 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge